# EXHIBIT 1



# Notice of Service of Process

null / ALL
Transmittal Number: 19275010
Date Processed: 01/28/2019

| | |
|---|---|
| Primary Contact: | Arielle Staller<br>The MWW Group LLC<br>One Meadowlands Plaza<br>15th floor<br>East Rutherford, NJ 07073-2137 |
| Entity: | MWW Group LLC<br>Entity ID Number 2963029 |
| Entity Served: | Mww Group, LLC |
| Title of Action: | Hb Content, LLC vs. Mww Group, LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Los Angeles County Superior Court, CA |
| Case/Reference No: | 19SMCV00083 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 01/25/2019 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Jordan Susman<br>424-203-1600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

Electronically FILED by Superior Court of California, County of Los Angeles on 01/15/2019 12:38 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal, Deputy Clerk
19SMCV00083

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MWW GROUP, LLC, a Delaware limited liability company; DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HB CONTENT, LLC, a California limited liability company

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of The State of California
County of Los Angeles, Santa Monica Courthouse
1725 Main Street
Santa Monica, California 90401

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jordan Susman, Esq. 132 South Rodeo Dr., Fourth Floor, Beverly Hills, California 90212 (424) 203-1600

DATE: 01/15/19      Sherri R. Carter Executive Officer / Clerk of Court     Clerk, by     Marcos Mariscal     , Deputy
*(Fecha)*                                                                    *(Secretario)*                         *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* MWW Group, LLC, a Delaware limited liability company
   under: ☐ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 1/25/19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

Ex. 1
p. 8

Electronically FILED by Superior Court of California, County of Los Angeles on 01/15/2019 03:03 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal, Deputy Clerk
Assigned for all purposes to: Santa Monica Courthouse, Judicial Officer: H. Ford III

Jordan Susman, Esq. (SBN 246116)
Margo J. Arnold (SBN 278288)
HARDER LLP
132 South Rodeo Dr., Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
E-mail: jsusman@harderllp.com
       marnold@harderllp.com

Attorneys for Plaintiff
HB CONTENT, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| HB CONTENT, LLC, a California limited liability company, | Case No.: |
| Plaintiff, | COMPLAINT FOR: |
| vs. | (1) BREACH CONTRACT |
| MWW GROUP, LLC, a Delaware limited liability company; DOES 1-10, | (2) FRAUD |
| Defendants. | (3) QUANTUM MERUIT |
| | (4) ACCOUNT STATED |

Plaintiff HB Content, LLC ("HB Content") hereby alleges:

## THE PARTIES

1. HB Content is, and at all times relevant hereto has been, a California limited liability company with its principal place of business in Los Angeles County, California and is qualified to do business in California.

2. HB Content is informed and believes and based thereon alleges that defendant MWW Group, LLC ("Defendant") is a Delaware limited liability company that does business as MWW PR. HB Content is informed and believes and based thereon alleges that Defendant's principal place of

{00097041;3}

1

COMPLAINT

Ex. 1
p. 9

1 business is in New York, but it has offices, and regularly conducts business, in San Francisco County
2 and Los Angeles County, California.

3     3. HB Content is informed and believes and based thereon alleges that defendants, and each
4 of them, designated herein as DOES 1 through 10, inclusive, are responsible in some manner for the
5 occurrences and happenings herein alleged, and that HB Content's damages as herein alleged were and
6 are the direct and proximate result of the actions of said defendants, and each of them. Said defendants
7 are sued as principals or agents, partners, servants and employees of said principals, or any combination
8 thereof, and all of the acts performed by them as agents, partners, servants and employees were
9 performed within the course and scope of their employment, and with the knowledge, consent, approval
10 and ratification of said principals, and each of them. (Defendant and DOES 1 through 10, inclusive, are
11 collectively referred to herein as "Defendants.")

12     4. HB Content is informed and believes and based thereon alleges that at all times
13 mentioned herein, each of the Defendants was the agent, employee and partner of each of the remaining
14 Defendants, and was acting within the scope and authority of such agency, employment and partnership
15 and with the knowledge, consent, approval and ratification of the remaining Defendants, and each of
16 them.

## JURISDICTIONAL ALLEGATIONS

18     5. Jurisdiction is proper in this Court pursuant to California Code of Civil Procedure section
19 410.10, including because the alleged acts and omissions complained of herein took place in Los
20 Angeles County.

21     6. Venue for this action in Los Angeles County is proper pursuant to, without limitation,
22 California Code of Civil Procedure section 395 in that, among other things, Defendants contracted to
23 perform an obligation in Los Angeles County, and the contract at issue was entered into in Los Angeles
24 County.

## GENERAL ALLEGATIONS

26     7. In or about July 2018, Defendants asked HB Content to produce a series of digital videos
27 for Barefoot Wine entitled "Sleighing in the Holidays" (the "Project").

28

8. In or about August 2018, HB Content and Defendants entered into a binding oral agreement (the "Contract"), pursuant to which HB Content agreed to provide physical production services in connection with the Project, and in return, Defendants agreed to pay HB Content for those services and related costs.

9. Pursuant to the Contract, HB Content provided physical production services on the Project.

10. In early November 2018, HB Content delivered the final and complete Project to Defendants, and Defendants accepted delivery.

11. On or about November 14, 2018, the final Project was published online. As of the filing of this complaint, more than 6,100,000 people have viewed the Project on YouTube.

12. The Contract required Defendants to pay HB Content for production services and costs related to the Project.

13. Although Defendant paid to HB Content a portion of the agreed upon fee for the services HB Content provided Defendants, there remains an outstanding balance in the amount of Two Hundred Fifty Thousand dollars ($250,000).

14. HB Content has requested payment of this outstanding balance from Defendants. Defendants have ignored HB Content's demands for payment.

## FIRST CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

15. HB Content realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

16. The Contract is a valid and enforceable agreement between HB Content, on the one hand, and Defendants, on the other hand.

17. HB Content has fully performed all duties, obligations, covenants and conditions required pursuant to the Contract, except to the extent such performance was waived, excused, or prevented by reason of the acts and omissions of Defendants.

18. HB Content has submitted billing statements to Defendants for payment. These statements reflect the production services it rendered and the costs it advanced on the Project.

19.  Although Defendants paid HB Content for some costs advanced and production services they accepted, used, and enjoyed, Defendants have failed and refused to fully compensate HB Content for all of the production services HB Content rendered and the costs HB Content advanced.

20.  HB Content has duly demanded that Defendants make payment for the outstanding balance, totaling Two Hundred Fifty Thousand dollars ($250,000).

21.  Defendants are in breach of the Contract by failing to pay the amounts due and owing to HB Content for services rendered and for costs advanced.

22.  As a direct and proximate result of Defendants' material breaches of the Contract, HB Content has been damaged in an amount to be determined at trial, but not less than Two Hundred Fifty Thousand dollars ($250,000).

## SECOND CAUSE OF ACTION

### (Fraud Against All Defendants)

23.  HB Content realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

24.  As discussed above, in or about August 2018, HB Content, on the one hand, and Defendants, on the other hand, entered into the Contract.

25.  Prior to entering into the Contract, Andrew Garson ("Garson"), Executive Vice President at MWW PR, represented to Rachel Miller ("Miller"), a partner at Haven Entertainment, of which HB Content is a subsidiary, that Defendants would, in fact, fulfill its payment obligations under the Contract.

26.  On August 3, 2018, prior to entering into the Contract, Garson, on behalf of Defendants, represented to Miller, that Defendants had processed payment of $175,000 to the Project's director.

27.  On November 14, 2018, Garson sent an email to Miller, stating that Defendants wired to HB Content the sum of $250,000 for HB Content's services.

28.  The foregoing representations were false.

29.  At the time Garson represented to HB Content that Defendants would fulfill their payment obligations under the Contract, he knew that such representations were false. Defendants did

not have sufficient funds to fulfill their payment obligations under the Contract and/or did not intend to actually fulfill their payment obligations under the Contract.

30. Garson's representation that Defendants had processed payment of $175,000 to the Project's director was also false. In fact, Defendants only sent a payment of $100,000.

31. Defendants made the foregoing representations with the intent that HB Content would rely on such representations and enter into the Contract, provide physical production services on the Project, and deliver the completed Project to Defendants.

32. At the time Defendants made the foregoing representations, HB Content was unaware of the false nature of such representations and could not, in the exercise of reasonable diligence, have discovered the falsity of such representations.

33. In reliance on the foregoing false representations by Defendants, HB Content entered into the Contract and provided physical production services on the Project.

34. Had HB Content known the truth with respect to Defendants' false representations, it would not have entered into the Contract, would not have entered into other agreements with third parties related to the production of the Project, would not have provided physical production services on the Project, and would not have delivered the completed Project to Defendants.

35. As a proximate result of the false representations by Defendants, HB Content has suffered damages, in an amount subject to proof at trial.

36. The aforementioned conduct of Defendants was intentional and done for the purpose of depriving HB Content of property and/or legal rights or otherwise causing injury. This despicable conduct subjected HB Content to cruel and unjust hardship in conscious disregard of its rights, so as to justify an award of exemplary and punitive damages in an amount appropriate to punish or set an example of Defendants, and to deter such conduct in the future, the exact amount of such damages is subject to proof at the time of trial.

### THIRD CAUSE OF ACTION

**(Quantum Meruit Against All Defendants)**

37. HB Content realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

{00097041;3} 5

COMPLAINT

38. At Defendants' request, HB Content provided production services for Defendants' benefit and advanced costs on the Project.

39. Defendants knew that HB Content was providing these production services to Defendants and advancing costs on Defendants' behalf.

40. Defendants accepted and enjoyed the benefits of HB Content's production services and costs advanced by HB Content.

41. Although Defendants paid Plaintiff for some of the costs advanced and production services that they accepted and enjoyed, Defendants have failed and refused to fully compensate HB Content for the full value of the production services rendered and of the costs advanced.

42. The fair and reasonable value of the costs and services provided by HB Content to Defendants for which Defendants have not compensated HB Content is Two Hundred Fifty Thousand dollars ($250,000).

## FOURTH CAUSE OF ACTION

### (For Account Stated Against All Defendants)

43. HB Content realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

44. Defendants have become indebted to HB Content because an account was stated in writing by and between HB Content and Defendants in which it was agreed that Defendants were indebted to HB Content. Specifically, HB Content provided Defendants with periodic billing statements for all matters for which HB Content provided production services and advanced costs.

45. The amounts in HB Content's billing statements accurately reflected the costs advanced and production services that were competently undertaken on Defendants' behalf and with Defendants' authorization.

46. Defendants assented to the amounts reflected in HB Content's billing statements.

47. Although demanded by HB Content to Defendants, part of the amount reflected in HB Content's billing statements remains unpaid.

48. There is now past due, owing and unpaid from Defendant to HB Content the sum of Two Hundred Fifty Thousand dollars ($250,000).

{00097041;3}

6

COMPLAINT

WHEREFORE, HB Content prays for judgment against Defendants and each of them, as follows:

### On All Causes of Action

1. For actual and consequential damages;
2. For exemplary and punitive damages;
3. For all costs of suit incurred herein;
4. For pre-judgment interest at the maximum legal rate as may be provided by law or the Contract;
5. For such other and further relief as the Court may deem to be just and proper.

Dated: January 15, 2019

HARDER LLP

By: _____
Jordan Susman
Attorneys for Plaintiff
HB Content, LLC

{00097041;3}

7

COMPLAINT

Electronically FILED by Superior Court of California, County of Los Angeles on 01/15/2019 12:38 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariscal,Deputy Clerk

19SMCV00083

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Harder LLP<br>Jordan Susman, Esq. (SBN 246116), Margo J. Arnold (SBN 278288)<br>132 South Rodeo Dr., Fourth Floor<br>Beverly Hills, California 90212<br>TELEPHONE NO.: (424) 203-1600   FAX NO.: (424) 203-1601<br>ATTORNEY FOR *(Name):* Plaintiff: HB CONTENT, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 1725 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Monica, CA 90401
BRANCH NAME: Santa Monica Courthouse

CASE NAME:
HB CONTENT, LLC vs. MWW GROUP, LLC; DOES 1-10

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited     [ ] Limited<br>(Amount         (Amount<br>demanded       demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[X] Other contract (37) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23) | Real Property<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26) | |
| Non-PI/PD/WD (Other) Tort<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | Unlawful Detainer<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>Judicial Review<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | Enforcement of Judgment<br>[ ] Enforcement of judgment (20)<br>Miscellaneous Civil Complaint<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>Miscellaneous Civil Petition<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |
| Employment<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties        d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence          f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 01/15/19

Jordan Susman
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

Ex. 1
p. 16

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Santa Monica Courthouse<br>1725 Main Street, Santa Monica, CA 90401<br><br>NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>01/15/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: Marcos Mariscal, Deputy |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>19SMCV00083 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✓ | H. Jay Ford III | O | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record      Sherri R. Carter, Executive Officer / Clerk of Court

on 01/17/2019                                                    By Marcos Mariscal                     , Deputy Clerk
      (Date)

LACIV 190 (Rev 6/18)            **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

Ex. 1
p. 18