Jordan Susman, Esq. (SBN 246116)
Margo J. Arnold (SBN 278288)
HARDER LLP
132 South Rodeo Dr., Fourth Floor
Beverly Hills, California 90212
Telephone: (424) 203-1600
Facsimile: (424) 203-1601
E-mail: jsusman@harderllp.com
        marnold@harderllp.com

Attorneys for Plaintiff
HB CONTENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HB CONTENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MWW GROUP, LLC, a Delaware limited liability company; DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01376<br><br>**STIPULATION DISMISSING ACTION AND ALL CLAIMS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(a)(ii)**<br><br>Action Filed:　　January 15, 2019<br>Action Removed:　February 25, 2019 |

{00099639;1}

STIPULATION DISMISSING ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) it is stipulated by all Parties that the action and all claims should be DISMISSED with prejudice, with the Parties to bear their own costs and attorneys' fees.

Dated:  April 17, 2019

HARDER LLP

By:  */s/ Jordan Susman*
Jordan Susman
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212
Telephone:  (424) 203-1600
jsusman@harderllp.com

Attorney for Plaintiff
HB Content, LLC

Dated:  April 17, 2019

ARNOLD & PORTER KAYE SCHOLER LLP

By:  */s/ Sean A. McCormick*
Sean A. McCormick
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
sean.mccormick@arnoldporter.com

Attorney for Defendant
MWW GROUP, LLC

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jordan Susman*
Jordan Susman

{00099639;1}

- 1 -

STIPULATION DISMISSING ACTION